UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO LUIS NOGUERAS, | 1:12-cv-01365-SKO (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | (Doc. 3) |
| S. LOPEZ, et al., | |
| Defendants. / | |

Plaintiff Eugenio Luis Nogueras filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 21, 2012. Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, 28 U.S.C. § 1915(a)(1), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

**Dated:  August 23, 2012**          /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE

-1-