UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO LUIS NOGUERAS, | 1:12-cv-01365-SKO (PC) |
|     Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
|   v. | (Doc. 3) |
| S. LOPEZ, et al., | |
|     Defendants. | |

Plaintiff Eugenio Luis Nogueras filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 21, 2012.  Plaintiff seeks leave to proceed in forma pauperis.  Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, 28 U.S.C. § 1915(a)(1), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

**Dated:   August 23, 2012**                        /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE