# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO LUIS NOGUERAS, | Case No. 1:12-cv-01365-SKO (PC) |
| Plaintiff, | ORDER VACATING MOTION HEARINGS SET FOR DECEMBER 10, 2014 |
| v. | |
| S. LOPEZ, et al., | (Docs. 25 and 26) |
| Defendants. | |

On November 7, 2014, Defendant Dileo filed a motion for summary judgment and a motion for a protective order, which are set for hearing on December 10, 2014. Although Plaintiff is no longer incarcerated, pursuant to the Court's general practice, Local Rule 230(*l*) shall apply to this case and motions "shall be submitted upon the record without oral argument unless otherwise ordered by the Court."

Accordingly, the hearings set for December 10, 2014, are VACATED, and Plaintiff shall file his oppositions or statements of non-opposition to the motions within twenty-one days from the date of their service by mail. Local Rule 230(*l*).

IT IS SO ORDERED.

Dated:   **November 7, 2014**          **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE