# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO LUIS NOGUERAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. LOPEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:12-cv-01365-LJO-SKO (PC)<br><br>AMENDED SCHEDULING ORDER<br><br>(Docs. 24 and 41)<br><br>Amended Pleadings Deadline: 11/25/2015<br>Discovery Deadline: 01/25/2016<br>Pretrial Dispositive Motion Deadline: 03/25/2016 |

Following the denial of Defendant DiLeo's motion for summary judgment and in accordance with the order staying the scheduling order, the discovery and scheduling order filed on October 7, 2014, is HEREBY AMENDED as follows:

1.　The deadline for amending the pleadings is November 25, 2015;

2.　The deadline for the completion of all discovery, including filing motions to compel, is January 25, 2016; and

3.　The deadline for filing pretrial dispositive motions is March 25, 2016.

IT IS SO ORDERED.

Dated:　**July 24, 2015**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE