# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO LUIS NOGUERAS,<br><br>   Plaintiff,<br><br>   v.<br><br>S. LOPEZ, et al.,<br><br>   Defendants.<br>_____/ | Case No. 1:12-cv-01365-LJO-SKO (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**<br><br>**(Doc. 50)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Eugenio Luis Nogueras, a former state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 21, 2012. The only remaining defendant in this action, Larry Dileo, filed a motion to compel Plaintiff to respond to his discovery requests. (Doc. 50.) Plaintiff has filed neither an opposition, nor a statement of non-opposition to the motion despite lapse of the requisite time. Local Rule 230(*l*).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendant's motion to compel his discovery responses within **twenty-one (21) days** from the date of service of this order; and

2. **Plaintiff is warned that the failure to comply with this order will result in a recommendation to dismiss this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **April 5, 2016**                         **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE